1   DANIEL J. BRODERICK, #89424
    Acting Federal Defender
2   FRANCINE ZEPEDA, Bar #091175
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorney for Defendant
6   EYNER DE JESUS GARCIA

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,           )   NO. 1:06-cr-00085 OWW
                                         )
12                      Plaintiff,       )   STIPULATION TO CONTINUE STATUS
                                         )   CONFERENCE HEARING DATE AND ORDER
13        v.                             )   THEREON
                                         )
14   EYNER DE JESUS GARCIA,              )   Date:    June 27, 2006
                                         )   Time:    9:00 A.M.
15                      Defendant.       )   Judge:   Hon. Oliver W. Wanger
                                         )
16   _____)

17

18        **IT IS HEREBY STIPULATED** by and between the parties hereto through their respective

19   counsel, that **the status conference hearing in the above-captioned matter now set for June 6, 2006,**

20   **may be continued to June 27, 2006, at the hour of 9:00 a.m., in Courtroom Three of the above-**

21   **entitled court.**

22        The continuance is at the request of defense counsel to provide her additional time for defense

23   preparation and further investigation, and to allow the parties additional time for plea negotiation.

24   ///

25   ///

26   ///

27   ///

28   ///

1    The parties agree that the delay resulting from the continuance shall be excluded in the

2  interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A)

3  and 3161(h)(8)(B)(i) and (iv).

4                                            McGREGOR W. SCOTT
                                             United States Attorney
5

6  DATED: May 31, 2006              By:   /s/  Steven M. Crass
                                          STEVEN M. CRASS
7                                         Assistant United States Attorney
                                          Attorney for Plaintiff
8

9                                         DANIEL J. BRODERICK
                                          Acting Federal Public Defender
10

11 DATED: May 31, 2006              By:   /s/ Francine Zepeda
                                          FRANCINE ZEPEDA
12                                        Assistant Federal Defender
                                          Attorneys for Defendant
13

14

15

16                              **O R D E R**

17    **IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and

18 3161(h)(8)(B)(i) and (iv).

19 IT IS SO ORDERED.

20 **Dated:    June 1, 2006**                   **/s/ Oliver W. Wanger**
   emm0d6                            UNITED STATES DISTRICT JUDGE
21

22

23

24

25

26

27

28

Stipulation to Continue Status Conference
Hearing Date and Proposed Order Thereon          2