```
1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #091175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  EYNER DE JESUS GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:06-cr-00085 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING DATE ANDORDER THEREON |
| v. | ) ) | |
| EYNER DE JESUS GARCIA, | ) ) | Date:   August 15, 2006 Time:  9:00 A.M. |
| Defendant. | ) ) ) | Judge: Hon. Oliver W. Wanger |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, that **the status conference hearing in the above-captioned matter now set for August 1, 2006, may be continued to August 15, 2006, at the hour of 9:00 a.m., in Courtroom Three of the above-entitled court.**

The continuance is at the request of defense counsel to allow for continuity of counsel because she is scheduled to be out of her office on August 1, 2006, the date now set for hearing, and the continuance will allow the parties additional time for plea negotiation before further hearing.

///

///

///

///

1    The parties agree that the delay resulting from the continuance shall be excluded in the
2    interests of justice herein and for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A)
3    and 3161(h)(8)(B)(i) and (iv).

```
                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED: July 26, 2006                 By:  /s/ Sheila K. Oberto for Steven M. Crass
                                          STEVEN M. CRASS
                                          Assistant United States Attorney
                                          Attorney for Plaintiff


                                          DANIEL J. BRODERICK
                                          Federal Public Defender


DATED: July 26, 2006                 By:  /s/ Francine Zepeda
                                          FRANCINE ZEPEDA
                                          Assistant Federal Defender
                                          Attorneys for Defendant
```

## O R D E R

**IT IS SO ORDERED.**  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 29, 2006**              **/s/ Oliver W. Wanger**
emm0d6                                  UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference
Hearing Date and Proposed Order Thereon            2